IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH AND KENNETH UPCHURCH, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-3027 |
| § | |
| AMERICA'S SERVICING COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The plaintiffs filed an unopposed motion to dismiss. (Docket Entry No. 4). The motion is granted. This action is dismissed without prejudice.

SIGNED on December 8, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge